NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**IN RE CAPCOM U.S.A., INC.,**
*Petitioner.*

_____

2015-104

_____

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of Texas in No. 2:13-cv-00751-JRG, Judge J. Rodney Gilstrap.
--------------------------------------------------------------------------------

**IN RE ELECTRONIC ARTS INC.,**
*Petitioner.*

_____

2015-105

_____

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of Texas in No. 2:13-cv-00753-JRG, Judge J. Rodney Gilstrap.
--------------------------------------------------------------------------------

**IN RE BANDAI NAMCO GAMES AMERICA INC.,**
*Petitioner.*

_____

2015-106

_____

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of Texas in No. 2:13-cv-00755-JRG, Judge J. Rodney Gilstrap.

--------------------------------------------------------------------------------

**IN RE TAKE-TWO INTERACTIVE SOFTWARE, INC., ROCKSTAR GAMES, INC., 2KSPORTS, INC., AND 2K GAMES, INC.,**
*Petitioners.*

_____

2015-107

_____

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of Texas in No. 2:13-cv-00764-JRG, Judge J. Rodney Gilstrap.

--------------------------------------------------------------------------------

**IN RE SQUARE ENIX, INC.,**
*Petitioner.*

_____

2015-108

_____

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of Texas in No. 2:13-cv-00765-JRG, Judge J. Rodney Gilstrap.

--------------------------------------------------------------------------------

**IN RE RIOT GAMES, INC.,**
*Petitioner.*

_____

2015-109

_____

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of Texas in No. 2:13-cv-00766-JRG, Judge J. Rodney Gilstrap.

------------------------------------------------------------------------------

## IN RE ACTIVISION PUBLISHING, INC. AND BLIZZARD ENTERTAINMENT, INC.,
*Petitioners.*

_____

### 2015-111

_____

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of Texas in No. 2:13-cv-00750-JRG, Judge J. Rodney Gilstrap.

_____

## ON MOTION

_____

Before DYK, *Circuit Judge.*

### O R D E R

Capcom U.S.A., Inc., et al. submit petitions for writs of mandamus to direct the United States District Court for the Eastern District of Texas to vacate its orders denying transfer to the United States District Court for the Northern District of California.

Upon consideration thereof,

IT IS ORDERED THAT:

Babbage Holdings, LLC is directed to respond to the petitions within 7 days of the date of this order. Because the petitions are largely repetitive, a combined response addressing all of the petitions is preferred. Petitioners are likewise encouraged to file a combined reply. The

4                                        IN RE CAPCOM U.S.A., INC.

reply shall be due no later than three days after the filing
of Babbage Holdings' response.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s26